UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-cr-174-MOC-DSC-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| MARON DUVELLE DOUGLAS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on defendant's Pro Se Motion to Reduce Sentence Pursuant to First Step Act 2018 and Compassionate Release/Reduction of Sentence, (Doc. No. 47).

**ORDER**

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response to defendant's motion.

Signed: August 21, 2020

Max O. Cogburn Jr.
United States District Judge